UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　- v. -<br><br>JOSEPH CHAN,<br>　　　　　　　　　　Defendant. | Case No. 1:24-cr-00233 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　The Court has been informed that Mr. Chan remains confined to a bed and continues to suffer from the same medical issues as previously reported. Mr. Chan and the Government request a continuance of approximately 30 days. Mr. Chan agrees that this time would be excludable under the Speedy Trial Act.

　　The request to adjourn the conference currently scheduled for July 9, 2024, is GRANTED.

　　The arraignment and initial appearance are adjourned to **August 13, 2024**, at **12:00 p.m**. Speedy trial time is excluded until August 13, 2024, under 18 U.S.C. §§ 3161(h)(4) & (h)(7)(a) given that Mr. Chan is mentally and physically unable to stand trial and the ends of justice served by excluding such time outweigh the best interests of the public and Mr. Chan in a speedy trial because of Mr. Chan's incapacity.

Dated: July 8, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge