

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 12, 2024

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:** *United States v. Chan*, 24 Cr. 233 (JLR)

Dear Judge Rochon:

     The Government respectfully writes, after conferring with defense counsel, with regard to the status of the above-referenced case.  The Government understands, based on information provided by the defense, that defendant Joseph Chan remains bedridden following a stroke and, due to his current physical condition, is unable to participate in an in-person court proceeding.  Accordingly, the parties respectfully request that the Court set a date for an arraignment and initial pretrial conference in this case in approximately 45 days, pending the Court's availability.  The parties will update the Court in advance of that date in the event the defendant's condition either permits his participation or requires an additional adjournment.

     The parties further submit that time should be excluded in this case until the date of the next conference, pursuant to 18 U.S.C. § 3161(h)(4), because, since the date the Indictment was returned, the Government understands, based on representations made by the defense, that the defendant has been and continues to be physically unable to stand trial due to his ongoing medical condition.  Defense counsel consents to this request.

The request to adjourn the conference currently scheduled for August 13, 2024, is GRANTED.  The arraignment and initial appearance are adjourned to **October 1, 2024, at 12:00 p.m.**  Speedy trial time is excluded until October 1, 2024, under 18 U.S.C. §§ 3161(h)(4) & (h)(7)(a) given that Mr. Chan is mentally and physically unable to stand trial and the ends of justice served by excluding such time outweigh the best interests of the public and Mr. Chan in a speedy trial because of Mr. Chan's current medical condition.

Dated:  August 12, 2024
          New York, New York

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Ryan T. Nees
Assistant United States Attorney
(212) 637-1595

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**