UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JOSEPH CHAN,

                Defendant.

24-cr-00233 (JLR)

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

JENNIFER L. ROCHON, United States District Judge:

Defendant Joseph Chan hereby knowingly and voluntarily consents to participate in the Initial Appearance and Arraignment on the Indictment.

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my arraignment. I have discussed this and other issues with my attorney and willingly give up my right to be present, at the time of my arraignment, in the courtroom with the judge. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my arraignment on the following conditions. I want my attorney to also participate in the proceeding remotely and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so. I will be appearing by video conference.

Date: 9/30/2024   Joseph Chan
                Print Name

_[signature]_
Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend in person and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me participating remotely.

Date: 09/30/2024   Michael Alber
                Print Name

_[signature]_
Signature of Defense Counsel

Accepted: _[signature]_
Jennifer L. Rochon
United States District Judge
Date: