

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2024

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Joseph Chan*, 24 Cr. 233 (JLR)

Dear Judge Rochon:

    The Government writes in regard to the Court's October 22, 2024, Rule 16 discovery deadline in this case. Given the complexity and volume of the documentary evidence involved in this case, the Government requests permission for a ten-day extension to make its initial discovery production. Defense counsel consents to this request.

Letter Motion GRANTED. The Government shall produce Rule 16 discovery no later than **November 1, 2024.**

Dated: October 22, 2024
        New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Ryan T. Nees
Ryan T. Nees
Assistant United States Attorney
Tel: (212) 637-1595

cc: Michael Alber, Esq. (by ECF)