UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                            <u>MOTION</u>

        - *against* -                                                                  24 Cr. 233 (JLR)

JOSEPH CHAN,

                                         Defendant.
------------------------------------------------------------------X

      I respectfully ask the Court for permission to bring my laptop computer into the courtroom during scheduled appearances for the above-referenced matter.

Dated: April 2, 2025                                    /s/ Leon Jacobson_____
                                                                            By: Leon Jacobson, Esq.
Motion GRANTED.                              Attorney Bar Code: LJ 1982
**SO ORDERED.**                                    THE ALBER FIRM, P.C.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**Dated: April 2, 2025**
       **New York, New York**