UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>JOSEPH CHAN,<br><br>              Defendant. | Case No. 1:24-cr-00233 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Given that Exhibit A to Defendant's sentencing submission filed at Dkt. 57 has formatting errors in text when downloaded, it is hereby ORDERED that the sentencing submission be refiled on the docket promptly.

Dated:  September 5, 2025
          New York, New York

                                                    SO ORDERED.

                                                    *Jennifer Rochon*
                                                    JENNIFER L. ROCHON
                                                    United States District Judge